IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIM. NO.:  1:12-CR-289-RWS-JSA |
| v. : | |
| : | |
| : | |
| SAMUEL DAVIS MINTLOW, MD, : | |
| : | |
| Defendant. : | |

## MOTION TO SUPPRESS STATEMENTS AND FOR PRETRIAL JACKSON V. DENNO HEARING

Pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Jackson v. Denno, 378 U.S. 368 (1984), and Miranda v. Arizona, 384 U.S. 436 (1966), Defendant hereby requests a pretrial hearing to determine the admissibility of any and all statements made by or attributed to Defendant. Defendant further requests that the Court order the government to produce any and all such statements to him sufficiently in advance of any such evidentiary hearing.

Defendant is alleged to have made certain statements to law enforcement agents at the time of his arrest.  These statements may have been involuntary, the product of an unlawful arrest or detention, or made without benefit of counsel.

For these reasons, Defendant requests that this Court hold an evidentiary hearing and suppress any statements obtained from Defendant that were taken in

violation of his constitutional protections, or were otherwise not voluntarily made by Defendant.

    This 27th day of September, 2012.

                              THE PATE LAW FIRM, LLC

                              /s/ Page A. Pate
                              Page A. Pate
                              Georgia Bar No. 565899
                              101 Marietta Street, Suite 3300
                              Atlanta, Georgia 30303
                              (404) 223-3310

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 27th day of September, 2012.

                                                       THE PATE LAW FIRM, LLC

*/s/ Page A. Pate*
Page A. Pate
Georgia Bar No. 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310